**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| JESSICA BERRYHILL, et al., | ) | CASE NO: 5:19-cv-02504-JRA |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| v. | ) | |
| | ) | MAGISTRATE JUDGE |
| B&I HOTEL MANAGEMENT, LLC, | ) | GEORGE J. LIMBERT |
| | ) | |
| Defendants. | ) | |
| | ) | |

**NOTICE OF APPEARANCE**

The undersigned, Mark S. Fusco and Joseph J. Brennan of the law firm of WALTER | HAVERFIELD LLP, hereby gives notice of their appearance as counsel of record for Defendants B&I Hotel Management, LLC dba The Bertram Inn & Conference Center.

        Respectfully submitted,

        /s/ *Mark S. Fusco*
        Mark S. Fusco  (Reg. No. 0040604)
        Email: mfusco@walterhav.com
        Direct Dial: 216-619-7839
        Joseph J. Brennan (Reg. No. 0085353)
        Email: jbrennan@walterhav.com
        Direct Dial: 216-928-2899
        WALTER | HAVERFIELD LLP
        The Tower at Erieview
        1301 E. Ninth Street, Suite 3500
        Cleveland, Ohio 44114
        Phone:  216-781-1212/Fax:  216-575-0911

        *Attorneys for Defendant*
        *B&I Hotel Management, LLC*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing *Notice of Appearance* has been electronically filed this 18th day of November, 2019. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Mark S. Fusco*
*One of the Attorneys for Defendant*
*B&I Hotel Management, LLC*