**Attachment 4**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

_____, )   **JUDGE JOHN R. ADAMS**
                                      )
            **Plaintiff(s),**          )
                                      )   **CASE NO.** _____
        vs.                           )
                                      )
_____, )   **PRELIMINARY ESTIMATE/**
                                      )   **BUDGET OF AMOUNT OF FEES**
            **Defendant(s).**          )   **AND EXPENSES**

The following is a preliminary estimate and/or budget of the **Plaintiff's / Defendant's** (circle one) anticipated to be the subject of a claim in this case.

| Attorney's Fees | | Costs | |
|---|---|---|---|
| Preliminary Investigation & Filing Complaint | $_____ | Deposition | $_____ |
| Procedural Motions Practice | $_____ | Experts | $_____ |
| Discovery | $_____ | Witness Fees | $_____ |
| Dispositive Motions Practice | $_____ | Juror Fees | $_____ |
| Settlement Negotiations | $_____ | Other | $_____ |
| Trial | $_____ | | |
| TOTAL FEES | $_____ | TOTAL COSTS | $_____ |