UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| CIVIL DISCOVERY UNDER THE EXIGENT ) | Judge John R. Adams |
| CIRCUMSTANCES CREATED BY COVID-19 ) | |
| ) | |
| ) | ORDER |
| ) | |
| ) | |
| ) | |

On March 16, 2020, this District issued a General Order, 2020-05, centered on limiting proceedings while the existing public health emergency created by COVID-19 persists. Following entry of that Order, the State of Ohio has continued to expand limitations on its residents in an attempt to slow the spread of COVID-19.  As such orders undeniably impact counsel and parties appearing before the undersigned, it is **HEREBY ORDERED** as follows:

▪ All civil proceedings that have existing deadlines for the completion of discovery, the amendment of pleadings, the completion of mediation, the completion of special master duties, and the filing of dispositive motions shall have their deadlines extended by **sixty (60) days.**

▪ Any existing case management and status conferences are hereby converted to telephone conferences.  Counsel shall confer and provided the Court with a conference call-in number no later than two (2) business days before the conference.

▪ The requirement that the parties file status reports every forty-five (45) days is hereby suspended indefinitely pending further order of the Court.

2

▪ On or about **May 29, 2020**, the parties shall jointly file a status report that includes the current state of discovery along with any proposed amendments to the then-existing deadlines.

▪ This order does not stay all civil cases.  The Court expects that paper discovery proceed during this time period, especially so when documents and answers could be exchanged electronically.  The Court would also expect that counsel would utilize this time to tentatively schedule the remainder of in-person discovery months out from now to ensure ample calendar space to limit future delays.  In all other aspects, the parties and counsel should continue to litigate so long as their actions do not run afoul of the efforts to limit the spread of COVID-19.

**IT IS SO ORDERED.**

Date: March 23, 2020

 */s/ John R. Adams*
**JOHN R. ADAMS**
**UNITED STATES DISTRICT JUDGE**