## DECLARATION OF CONSENT OF MARSHALL PAPCIAK

I, Marshall Papciak, pursuant to 28 U.S.C. § 1746, hereby declare, under penalty of perjury, that the following is true and correct to the best of my personal knowledge, information, and belief.

1. I am over 18 years of age and competent to make the following representations. I hereby give my written consent to be a party plaintiff to this Action.

2. I was employed by B&I Hotel Management, LLC from approximately January 2018 until June 2018.

3. I have been advised of the claims brought by Plaintiff Jessica Berryhill, on behalf of herself and other similarly-situated employees, and understand they seek to recover unpaid wages under the Fair Labor Standards Act and the Ohio Minimum Fair Wage Standards Act, and I am a member of the class of individuals he seeks to represent defined as:

> All former and current individuals employed by B & I Hotel Management, LLC who were paid on an hourly basis at any time between November 26, 2016 and the present.

4. During my employment with by B & I Hotel Management, LLC, I observed that the class and I did not receive overtime compensation at a rate of one-and-one-half our regular rates for all hours worked over 40 in a workweek.

May 10, 2020

_____
Date

*Marshall Papciak* (signature)

_____
Marshall Papciak