UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **JESSICA BERRYHILL**, | ) | CASE NO. 5:19-cv-02504-JRA |
| *on behalf of herself and all other similarly-situated individuals*, | ) ) | |
| | ) | JUDGE JOHN R. ADAMS |
| Plaintiff, | ) ) | MAGISTRATE JUDGE |
| | ) | HENDERSON |
| | ) | |
| v. | ) | |
| | ) | |
| **B&I HOTEL MANAGEMENT, LLC**, | ) | |
| | ) | |
| Defendant. | | |

**JOINT MOTION FOR APPROVAL OF COURT-AUTHORIZED NOTICE**

Pursuant to this Court's September 14, 2021 Order (ECF No. 14), the parties jointly submit EXHIBIT 1 as their proposed Notice informing Potential Opt-Ins of the pendency of this collective action and permitting them to opt into the case as opt-in party plaintiffs. The parties propose that Defendant produce a class roster within 14 days of the Court's approval of the proposed Notice and that Plaintiff has 14 days from receipt of the roster to effectuate mailing. Accordingly, the parties respectfully request the Court approve their jointly proposed Notice.

Respectfully submitted,

/

/s/ Joshua B. Fuchs
Joshua B. Fuchs (0087066)
josh@fuchsfirm.com
**THE FUCHS FIRM LLC**
14717 South Woodland Road
Shaker Heights, Ohio 44120
(216) 505-7500 (Telephone/Facsimile)

s/ James J. Hux
James J. Hux (0092992)
**HUX LAW FIRM, LLC**
3 Severance Circle #18147

    Cleveland Heights, Ohio 44118
    Phone: (937) 315-1106
    Fax:   (216) 359-7760
    Email: jhux@huxlawfirm.com

*Counsel for Plaintiff*

**WALTER | HAVERFIELD LLP**

/s/ Joseph J. Brennan
Mark S. Fusco (0040604)
Joseph J. Brennan (0085353)
The Tower at Erieview
1301 E. Ninth Street, Suite 3500
Cleveland, OH 44114-1821
(216) 781-1212
(216) 575-0911 (Fax)
mfusco@walterhav.com
jbrennan@alterhav.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

    I hereby certify that on the 28th day of September, 2021, the foregoing was filed electronically. Notice of this filing will be sent to all parties who have made an appearance by operation of the Court's electronic filing system and those parties may access the filing through the Court's system.

    /s/ Joshua B. Fuchs